UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

          **CRIMINAL NO. 11-20129**

      **Plaintiff,**

vs.

          **HON. ROBERT H. CLELAND**

**D-21 SYLVESTER GERARD WESAW,**

      **Defendant.**
_____/

## STIPULATED ORDER MODIFYING CONDITIONS OF DEFENDANT'S RELEASE

The parties have presented the Court with a stipulation to allow the defendant to attend his family's annual gathering being held in Hopkins, Michigan, from August 8, 2014 through August 12, 2014 with overnight accommodations at the home of Carl and Kelly Wesaw, 3394 28th Street, Hopkins, MI 49328. Further, Mr. Roland Johnville, Federal Pretrial services indicates approval of Mr. Wesaw's travel plans.

Pursuant to the parties' stipulation,

**IT IS HEREBY ORDERED** that the defendant shall be permitted to travel from August 8, 2014 through August 12, 2014 for the purpose of attending his family's annual gathering being held in Hopkins, Michigan with overnight accommodations at the home of Carl and Kelly Wesaw, 3394 28th Street, Hopkins, MI 49328

Dated: August 8, 2014

                                        s/Robert H. Cleland
                                        HON. ROBERT H. CLELAND

I hereby stipulate to the entry
of the above Order:


IT IS SO STIPULATED.


*s/Eric M. Straus* (by consent)  
Eric M. Straus  
Assistant U.S. Attorney  
211 West Fort Street, Suite 2001  
Detroit, MI 48226  
(313) 226-9100  
E-mail: eric.straus@usdoj.gov  

s/*David R. Cripps*  
David R. Cripps  
Attorney for Defendant  
431 Gratiot Avenue  
Detroit, MI 48226  
(313) 963-0210  
E-mail: david.cripps@sbcglobal.net  
P34972


Dated: August 7, 2014