UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

                                      Case No. 11-cr-20129

v.

                                      Hon. Robert H. Cleland

D-21 SLYVESTER GERARD WESAW
    Defendant.

**ORDER COMMITTING DEFENDANT TO THE CUSTODY OF THE ATTORNEY GENERAL**

    On 12/18/2015, Defendant, along with his counsel and counsel for the government appeared for a competency hearing. All parties acknowledged receipt of a report and determination prepared by Gerald A. Shiener, M.D.  No objections to the finding that Defendant was not presently competent to stand trial were made. The Court thereby concluding that Defendant's mental incompetence to stand trial had been established by a preponderance of the evidence, pursuant to 18 U.S.C. §4241(d).   Accordingly,

    IT IS HEREBY ORDERED, pursuant to  18 U.S.C. §4241(d), that Defendant be committed to the custody of the Attorney General for hospitalization, for a period not to exceed four (4) months, to determine whether there is a substantial

probability that Defendant will in the foreseeable future become competent to stand trial;

IT IS FURTHER ORDERED that Defendant will remain on bond until such time as the Bureau of Prisons designates a facility for placement. Defendant will then be permitted to self-surrender to the designated facility.

**IT IS SO ORDERED.**

S/Robert H. Cleland  
Robert H. Cleland  
United States District Judge

Entered: January 25, 2016